UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

07 DEC 21 AM 10:01

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, | ) | Magistrate Case No. '07 MJ 2953 |
| v. | ) | COMPLAINT FOR VIOLATION OF |
| **Jose MEJIA-Perez** Defendant. | ) | Title 8, U.S.C., Section 1324(a)(2)(B)(iii)- Bringing in Illegal Alien(s) Without Presentation |
| | ) | Title 8, U.S.C., Section 1324(a)(2)(B)(ii)- Bringing in Aliens for Financial Gain |

DEPUTY

The undersigned complainant being duly sworn states:

**Count I**

On or about **December 20, 2007**, within the Southern District of California, defendant **Jesus MEJIA-Perez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Dulce Maria SANCHEZ-Sanchez, Esmeralda MERIN-Campos, and Maria Gabriela MENDOZA-Rivera**, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

**Count II**

On or about **December 20, 2007**, within the Southern District of California, defendant **Jose MEJIA-Perez,** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Dulce Maria SANCHEZ-Sanchez, Flavia Cristian MENDOZA-Maria, Esmeralda MERIN-Campos, and Maria Gabriela MENDOZA-Rivera** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs and Border Protection Enforcement Officer

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **December, 2007.**

UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that **Dulce Maria SANCHEZ-Sanchez, Flavia Cristian MENDOZA-Maria, Esmeralda MERIN-Campos, and Maria Gabriela MENDOZA-Rivera** are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material; that it is impracticable to secure their attendance at trial by subpoena; and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On December 20, 2007, at approximately 0837 hours, **Jose MEJIA-Perez (Defendant),** applied for admission to the United States through primary lane 21 of the San Ysidro, California Port of Entry. Defendant was the driver of a 1992 BMW 735L. Defendant presented as his own a genuine Resident Alien Card (Form I-551) bearing the name Benjamin ZAMUDIO to a U.S. Customs and Border Protection (CBP) Officer. A passenger in the vehicle also presented as her own a genuine Resident Alien Card (Form I-551) bearing the name Gloria CESENO. The CBP Officer determined that Defendant and the passenger were impostors to the documents presented. During the course of the inspection, the CBP Officer discovered three persons concealed in the trunk of the vehicle. Defendant, all occupants, and vehicle were escorted to secondary for further inspection.

In secondary the three persons concealed in the trunk were removed. The passenger and the three concealed persons admitted to being citizens of Mexico without entitlements to enter the United States. All four individuals were retained as material witnesses and are now identified as **Dulce Maria SANCHEZ-Sanchez (MW1), Flavia Cristian MENDOZA-Maria (MW2), Esmeralda MERIN-Campos (MW3), and Maria Gabriela MENDOZA-Rivera (MW4).**

During a videotaped interview, Defendant was advised of his Miranda rights and elected to answer questions without an attorney present. Defendant admitted knowledge that the passenger in the vehicle was an impostor to the document presented and had no legal documents to enter the United States. Defendant stated he was to take the vehicle and passenger to a location in Chula Vista, California. Defendant admitted to having his smuggle fee of approximately $3500.00 USD reduced to $1,500.00 USD in exchange for driving the vehicle and smuggling the undocumented passenger into the United States.

A videotaped interview was conducted with the Material Witnesses. Material Witnesses stated they are citizens of Mexico and that they have no documents to lawfully enter the United States. Material Witnesses stated that they or their family members made individual arrangements directly with unknown smugglers in Tijuana, Mexico and were to pay smuggling fees ranging from $2,000 USD to $3,200 USD upon successfully being smuggled into the United States. Material Witnesses admitted their intention was to travel to different locations in California and New York for the purpose of seeking residency and employment.

SIGNATURE OF COMPLAINANT
Sara Esparagoza, U.S. Customs and Border
Protection Enforcement Officer

UNITED STATES MAGISTRATE JUDGE