UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

00119-JLS

08CR 0H7-JM

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 07mj2953 |
| vs. | ORDER |
| Jose Luis Mejia-Perez | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 06777298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Flavia Cristian Mendoza-Maria

DATED: 1/10/08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** [signature]

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082