UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN 10 A 2: 33

0119-JLS
08CR ~~0117-JM~~

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 07mj2953 |
| vs. | ORDER |
| Jose Luis Mejia-Perez | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 06777298 |

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Dulce Maria Sanchez-Sanchez

DATED: 1/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by [signature]
Deputy Clerk



✩ U.S. GPO: 2003-581-774/70082