UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN 10 A 2: 33

0119-JLS

08CR ~~0117-JM~~

UNITED STATES OF AMERICA,
Plaintiff

vs.

Jose Luis Mejia-Perez
Defendant(s)

CRIMINAL NO. 07mj 2953

ORDER

RELEASING MATERIAL WITNESS

Booking No. 06777298

On order of the United States District/Magistrate Judge, William McCurine, Jr.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Esmeralda Merin-Campos

DATED: 1/10/08

William McCurine, Jr.

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082